UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT RYAN STACY,

                Plaintiff,

    v.

PIERCE COUNTY, *et al.*,

                Defendants.

CASE NO. 3:23-cv-05718-JHC-GJL

ORDER GRANTING EXTENSION OF TIME

The District Court has referred this action to United States Magistrate Judge Grady J. Leupold. Currently pending before the Court is Plaintiff Scott Ryan Stacy's Motion for an extension of time to correct his Application to Proceed *In Forma Pauperis* ("IFP") or pay the filing fee. Dkt. 3. In the Motion, Plaintiff requests additional time to correct the deficiencies in his IFP Application or to prepare other means to pay the filing fee. *See id*. Upon review, the Court finds Plaintiff has demonstrated good cause and **GRANTS** the request for an extension. Dkt. 3. Plaintiff shall correct the deficiencies listed in the Clerk's August 10, 2023, Notice (Dkt. 2) or pay the $402.00 filing fee on or before **October 11, 2023**.

ORDER GRANTING EXTENSION OF TIME - 1

1  Failure to do so may affect the status of this case, including dismissal of the action by the
2  Court.

3  Dated this 29th day of August, 2023.

Grady J. Leupold
United States Magistrate Judge