# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SCOTT RYAN STACY, | CASE NO. 3:23-cv-05718-JHC-GJL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PIERCE COUNTY et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This case is hereby transferred to the Honorable Thomas S. Zilly.  All future pleadings shall bear the case number C23-5718-TSZ.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 6th day of November 2023.

                                               Ravi Subramanian
                                               Clerk

                                               /s/Ashleigh Drecktrah
                                               Deputy Clerk

MINUTE ORDER - 1