UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT RYAN STACY,

                Plaintiff,

v.

PIERCE COUNTY, *et al*.

                Defendants.

Case No. C23-5718-TSZ

ORDER DISMISSING ACTION

       The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, docket no. 15, the service copy of which was returned to the Court because plaintiff is no longer in custody at the Pierce County Jail, hereby ORDERS as follows:

       (1)    The Report and Recommendation, docket no. 15, is ADOPTED.

       (2)    Plaintiff Scott Ryan Stacy's motion to withdraw his claim, docket no. 14, is GRANTED.

       (3)    This action is DISMISSED without prejudice, and plaintiff's *in forma pauperis* status is REVOKED. The agency previously housing plaintiff (Pierce County Jail) and the agency currently housing plaintiff (Washington Corrections Center) are DIRECTED to cease, if

ORDER DISMISSING ACTION - 1

1  they have not already done so, collecting and forwarding to this Court the filing fee for this
2  action.
3      (4)    The Clerk is DIRECTED to send copies of this Order, as well as the Report and
4  Recommendation, to plaintiff pro se Scott Ryan Stacy, DOC No. 846512, at Washington
5  Corrections Center, P.O. Box 900, Shelton, WA 98584, and to the agencies previously and
6  currently housing plaintiff (Pierce County Jail and Washington Corrections Center).  The Clerk
7  shall also send a copy of this Order to Judge Vaughan.
8      DATED this 14th day of March, 2024.

                                                  Thomas S. Zilly
                                                  United States District Judge

ORDER DISMISSING ACTION - 2